ASA F. WARREN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. THE EMPLOYERS' FIRE INSURANCE COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Loveland, Hughes & Garrett* for the petitioners.

*Messrs. Arkus & Cooper* and *Mr. Manuel H. Greenberg* for the respondent.

July 8, 1968. Granted.

DOROTHY FEDER, PLAINTIFF-PETITIONER, v. BANKERS NATIONAL LIFE INSURANCE COMPANY, DEFENDANT-RESPONDENT.

*Messrs. Feuerstein & Sacks* and *Mr. Peter S. Valentine* for the petitioner.

*Messrs. McGlynn, Stein & Eberiel* for the respondent.

July 8, 1968. Denied.

JO ANNE ZAMBRANO, PLAINTIFF-PETITIONER, v. CARMINE ZAMBRANO, DEFENDANT-RESPONDENT.

*Messrs. Cohn & Lifland* and *Mr. Daniel Crystal* for the petitioner.

*Mr. Adolph A. Romei* and *Mr. John Fiorello* for the respondent.

July 8, 1968. Denied.